FILED / LODGED
RECEIVED / COPY
MAY 2 6 2015
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

REDACTED FOR PUBLIC DISCLOSURE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | CR-15-640-PHX-SPL (JZB) |
|---|---|
| Plaintiff, | **INDICTMENT** |
| vs. | VIO: 18 U.S.C. § 2250(a) (Failure to Register as a Convicted Sex Offender) Count 1 |
| Anthony Jackson, | |
| Defendant. | |

THE GRAND JURY CHARGES:

Beginning, on or about March 13, 2015 and continuing through May 26, 2015, in the District of Arizona, defendant ANTHONY JACKSON, a sex offender by virtue of a 2006 federal conviction for Abusive Sexual Contact of a Minor, and an individual required to register under the Sex Offender Registration and Notification Act, did knowingly fail to register and/or update a registration.

///
///
///
///
///
///
///
///
///

1  In violation of Title 18, United States Code, Section 2250(a).

A TRUE BILL

S/
FOREPERSON OF THE GRAND JURY
Date:  May 26, 2015

JOHN S. LEONARDO
United States Attorney
District of Arizona


S/
VINCENT Q. KIRBY
Assistant U.S. Attorney

- 2 -